# Third District Court of Appeal
## State of Florida

Opinion filed August 18, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-751
Lower Tribunal No. 09-12210
_____

**Noelia E. Valdes**,
Appellant,

vs.

**Central Mortgage Company**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, John W. Thornton, Jr., and Oscar Rodriguez-Fonts, Judges.

Law Offices of Richard G. Chosid, and Richard G. Chosid (Lighthouse Point), for appellant.

Brock & Scott, PLLC, and Shaib Y. Rios (Fort Lauderdale), for appellee.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

Affirmed.